# Exhibit 2

US00D748391S

(12) **United States Design Patent**    (10) **Patent No.:**    **US D748,391 S**
Cherneski    (45) **Date of Patent:**    ✱✱    **Feb. 2, 2016**

(54) **SOCK WITH PATTERN OF SQUARES**

(71) Applicant: **James Paul Cherneski**, Bel Air, MD (US)

(72) Inventor: **James Paul Cherneski**, Bel Air, MD (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/489,695**

(22) Filed: **May 2, 2014**

(51) **LOC (10) Cl.** ............................................... **02-04**

(52) **U.S. Cl.**
USPC ............................... **D2/994**; D2/989; D2/980

(58) **Field of Classification Search**
USPC ........ D2/980–994, 959; D24/192; 2/239–242
CPC ............ D04B 1/26; D04B 1/265; D04B 1/02;
D04B 1/108; D04B 1/12; D04B 1/18; D04B
9/56; D04B 15/48; D04B 15/50; D04B 21/18;
D04B 9/52; A61F 13/08; A61F 13/064;
A61F 13/066; A61F 13/067; A41B 11/003;
A41B 11/02; A41B 11/00
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D342,375 | S | * | 12/1993 | Nichol, Jr. | ...................... D2/959 |
| 5,417,091 | A | * | 5/1995 | Moser | .......................... 66/178 R |
| 6,324,874 | B2 | * | 12/2001 | Fujimoto | ........................ 66/185 |
| D632,467 | S | * | 2/2011 | Lubart | ........................... D2/959 |
| D681,313 | S | * | 5/2013 | Goins | ........................... D2/900 |
| D728,899 | S | * | 5/2015 | Bates | ............................. D2/745 |
| 2004/0221371 | A1 | * | 11/2004 | Kato | ................................ 2/239 |
| 2012/0058316 | A1 | * | 3/2012 | Cherneski | ..................... 428/197 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| CN | 301918108 | 5/2012 |
| CN | 302387055 | 4/2013 |
| CN | 302460868 | 6/2013 |
| CN | 302529948 | 8/2013 |
| CN | 302529965 | 8/2013 |
| CN | 302738617 | 2/2014 |
| KR | 300483487 | 3/2008 |

* cited by examiner

*Primary Examiner* — George D Kirschbaum
*Assistant Examiner* — Jennifer Watkins
(74) *Attorney, Agent, or Firm* — Ash Tankha; Lipton, Weinberger & Husick

(57)    **CLAIM**

The ornamental design for a sock with pattern of squares, as shown and described.

**DESCRIPTION**

FIG. **1** is a right side elevation view of an ornamental design for a sock with pattern of squares;
FIG. **2** is a left side elevation view thereof;
FIG. **3** is a rear elevation view thereof;
FIG. **4** is a top perspective view thereof;
FIG. **5** is a bottom perspective view thereof; and,
FIG. **6** is a rear perspective view thereof.
The broken line showing of a sock in FIGS. **1-6** is for the purpose of illustrating environment and forms no part of the claimed design.

**1 Claim, 6 Drawing Sheets**






FIG. 1

**U.S. Patent**    **Feb. 2, 2016**    **Sheet 2 of 6**    **US D748,391 S**



FIG. 2

**U.S. Patent**          Feb. 2, 2016          Sheet 3 of 6          US D748,391 S



FIG. 3



FIG. 4



FIG. 5



FIG. 6