**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| TRUSOX LLC and JAMES PAUL CHERNESKI,<br><br>    Plaintiffs,<br><br>v.<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>    Defendants. | Case No.   1:26-cv-04588 |

## PLAINTIFFS' MOTION TO SEAL

Plaintiffs TRUSOX LLC and JAMES PAUL CHERNESKI respectfully submit this application to file under seal the following documents until the hearing on Plaintiffs' Application for an Order to Show Cause Why a Preliminary Injunction Should Not Issue or further order of the Court:

(1)    Plaintiffs' Schedule A attached to the Complaint, which identifies and includes a list of Defendants' online marketplace websites (the "Defendant Internet Stores") and the usernames for the Defendant Internet Stores, and

(2)    Screenshot printouts showing the active Defendant Internet Stores (Exhibit 3 to the Declaration of James Paul Cherneski).

(3)    Results from Panoramic Consulting Ltd.'s investigation of all Defendant Internet Stores' seller names, URLs, addresses and phone numbers (Exhibit 1 to the Declaration of Yingchun Hou).

1

Plaintiffs are provisionally filing the documents unredacted under seal pending the Court's determination of this motion.

In this action, Plaintiffs are requesting *ex parte* relief based on claims for trademark and patent infringement. Sealing the requested documents is necessary to prevent the Defendants from learning of these proceedings prior to the entry of a temporary restraining order. If Defendants were to learn of these proceedings prematurely, the likely result would be the destruction of relevant documentary evidence and the hiding or transferring of assets to foreign jurisdictions, which would frustrate the purpose of the underlying lawsuit and would interfere with this Court's power to grant relief. Once a temporary restraining order has been served on the relevant parties and the requested actions are taken, Plaintiffs will move to unseal this document.

Therefore, Plaintiffs respectfully request that the Court grants Plaintiffs leave to file their Schedule A attached to the Complaint, Exhibit 3 to the Declaration of James Paul Cherneski, and Exhibit 1 to the Declaration of Yingchun Hou under seal. *See, e.g., WowWee Group Ltd. v. Meirly,* No. 1:18-cv-00706 Document # 7 (S.D.N.Y. Feb. 5, 2018) (granting application to seal); *Allstar Marketing v. _GB Housewear Store*, No. 1:17-cv-07596 Document #22 (S.D.N.Y. Oct. 12, 2017) (same); *Spin Master Ltd. v. Alan Yuan's Store*, No. 1:17-cv-07422 Document #19 (S.D.N.Y. Oct. 13, 2017) (same); *Kipling Apparel Corp. et al v. Rhys*, No. 16-cv-990 Document #14 (S.D.N.Y. Feb. 17, 2016) (same).

Dated:      June 1, 2026                    Respectfully,

                                            /s/ Christopher Tom
                                            Christopher Tom, Esq.  (S.D.N.Y. Bar No. CT1983)
                                            Boies Schiller Flexner LLP
                                            55 Hudson Yards
                                            New York, NY 10001
                                            (212) 446-2300
                                            ctom@bsfllp.com

                                            *Counsel for Plaintiffs TRUSOX LLC and JAMES
                                            PAUL CHERNESKI*

SO ORDERED.

Paul A. Engelmayer
PAUL A. ENGELMAYER
United States District Judge

Dated: June 2, 2026
      New York, New York

3